UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1661(JMR/SRN)

Everest Stables, Inc.

v.

Richard S. Trontz and Bluegrass Bloodstock Agency, Inc.

ORDER

This matter is before the Court on defendants' motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure for lack of personal jurisdiction and improper venue, or, in the alternative, pursuant to the doctrine of *forum non conveniens*. Based on the files and records herein, IT IS ORDERED that:

This matter be transferred immediately to the United States District Court for the Eastern District of Kentucky, pursuant to 28 U.S.C. § 1404(a).

Dated: November 9th, 2000

JAMES M. ROSENBAUM
United States District Judge

NOV 13 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK